■ NYCTL 2008-A TRUST et al., Appellants, v Estate of VINCENT ROBERTS, Deceased, et al., Respondents, et al., Defendants. [999 NYS2d 739]—Judgment, Supreme Court, Bronx County (John Barone, J.), entered July 25, 2013, awarding plaintiffs a portion of their publication expenses as part of their costs,

unanimously modified, on the law, to award the full amount of publication expenses, and otherwise affirmed, without costs.

As purchasers of a city tax lien, plaintiffs stand in the City's shoes (Administrative Code of City of NY § 11-332). As such, having prevailed on the foreclosure of real property to collect on the lien, they are entitled to the costs of the action (Administrative Code § 11-338). Given that they are entitled to an award of costs, plaintiffs are entitled to the costs set forth in CPLR 8301. CPLR 8301 (a) (3) expressly provides for the award of publication costs. As such, the court should have awarded the full amount of the publication costs, since the publications were pursuant to court orders. Concur—Acosta, J.P., Renwick, Feinman, Clark and Kapnick, JJ.